# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CAPUT, an individual, on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NTT SECURITY (US), INC., and DOES 1-50,<br><br>Defendants. | CV 18-09436 PA (GJSx)<br><br>JUDGMENT |

Pursuant to the Settlement Agreement filed on March 18, 2018, between plaintiff William Caput ("Plaintiff"), on behalf of himself and the Settlement Class, and defendant NTT Security (US) Inc. ("Defendant") (jointly the "Parties"), the Court's April 19, 2019 Minute Order granting Plaintiff's Motion for Preliminary Approval, and the Court's December 9, 2019 Minute Order granting the Parties' Motion for Final Approval of Class Action Settlement and the Plaintiff's Motion for Attorneys' Fees,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless otherwise specifically provided herein;

2. The Court enters Judgment consistent with the April 19, 2019 and December 9, 2019 Minute Orders and the approved Settlement Agreement;

3. The claims of the Named Plaintiff and the members of the Settlement Class who did not timely and properly exclude themselves from the terms of the Settlement Agreement (by opting out or withdrawing written consent) are dismissed with prejudice;

4. Class counsel is awarded $13,750.00 in attorneys' fees and $960.32 in costs;

5. Rust Consulting, Inc. is awarded $7,500.00 in administration costs;

6. Named Plaintiff William Caput is awarded a $1,000.00 incentive award.

7. This Court retains jurisdiction over the implementation of the Settlement Agreement and the distribution of funds pursuant to the Settlement Agreement.

DATED: December 9, 2019

                                      Percy Anderson
                            UNITED STATES DISTRICT JUDGE